Ryan E. Simpson (11300)
Ryan E. Simpson, P.C.
8839 South Redwood Rd., Ste. C2
West Jordan, UT 84088
Telephone (801) 432-8682
Fax (888) 247-2541

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| IN RE: | Case No:   15-25616 |
| --- | --- |
|  | Chapter 13 |
| CARRIE LYNN LINDBERG |  |
|  | Judge: William T. Thurman |
| Debtor(s) |  |

### NOTICE TO CONTINUE CONFIRMATION HEARING

**COME NOW** the Debtor, through counsel, respectfully files to convert from a Chapter 13 bankruptcy to a Chapter 7 Bankruptcy.

1. The debtor filed a petition for an Order of relief under Chapter 13 of the Bankruptcy Code on June 17, 2015.

2. The Chapter 13 Plan was confirmed on December 23, 2015.

3. Debtor is qualified to file an order for Relief under Chapter 7 of the Code.

4. Debtor desires and consents to convert to a Chapter 7 based upon the fact that the Debtor's financial situation has changed and she no longer has the funds to make the Chapter 13 payments.

5. This case has not been previously converted from a petition under any other Chapter of the code.

Wherefore, debtor hereby moves this court for an Order for Relief under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. 1307(a).

Dated this 29th day of August, 2016.

/s/ Ryan E. Simpson
Ryan E. Simpson
*Attorney for Debtor*

CERTIFICATE OF MAILING

The undersigned hereby certifies that on 29th day of August, 2016, I caused a true and correct copy of the foregoing **NOTICE TO CONTINUE CONFIRMATION HEARING** to be electronically transmitted to the following:

Lon Jenkins, Chapter 13 Trustee
    ECF Notification

United States Trustee
    ECF Notification

Carrie Lindberg
301 Janet Street
Helena, MT 59601

/s/ Ryan E. Simpson